================================================================
This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
----------------------------------------------------------------
No. 89
Kathleen Makinen et al.,
          Respondents,
     v.
City of New York, et al.,
          Appellants.




          Kathy Chang Park, for appellants.
          Lisa F. Joslin, for respondents.






*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *


Certification of a question by the United States Court of Appeals
for the Second Circuit, pursuant to section 500.27 of this
Court's Rules of Practice, accepted and the issues presented are
to be considered after briefing and argument.  Chief Judge
DiFiore and Judges Rivera, Stein, Fahey, Garcia and Wilson
concur.


Decided June 1, 2017